## 29th JUDICIAL DISTRICT COURT

## PARISH OF ST. CHARLES

## STATE OF LOUISIANA

NUMBER: 88620      DIVISION:     DIV. E   JUDGE TIMOTHY S. MARCEL

RAMONA LEWIS

VERSUS

WALMART, INC.

FILED: _____     DEPUTY CLERK: _____

*FAX MEMO*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*TO THE HONORABLE TWENTY-NINTH JUDICIAL DISTRICT COURT* of and for the Parish of St. Charles, comes your petitioner, Ramona Lewis, for the purpose of petitioning this court for personal injuries and damages suffered as the result of a wrongful detainment, who with all due respect for the court represents the following:

*I.*

The petitioner, Ramona Lewis, is a person of the full age of majority and resident and domiciliary of the Parish of St. Charles State of Louisiana.

*II.*

The defendant to this cause of action is Walmart, Inc. The defendant, Walmart, Inc., is a foreign business corporation, authorized to do business in Louisiana and was doing business in Louisiana, on or about, prior to and since, December 2, 2019, and is the owner of Store # 2913 located at 13001 Highway 90, Boutte, Louisiana 70039, and they can be served through their agent for service, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

*III.*

That the defendant is indebted unto your petitioner, Ramona Lewis, severally and in solido for damages as are proper in the premises plus legal interest thereon from date of judicial demand until paid and for all costs of court.

*IV.*

On or about, Monday, December 2, 2019 at approximately 6:00 a.m. in the City of Boutte, Parish of St. Charles, State of Louisiana, your petitioner, Ramona Lewis, was a patron/customer of



STATE OF LOUISIANA
I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
_____
CLERK OF COURT
ST. CHARLES PARISH

29th JUDICIAL DISTRICT COURT

PARISH OF ST. CHARLES

STATE OF LOUISIANA

NUMBER: 88,620                                          DIVISION:

RAMONA LEWIS

**DIV. E**
JUDGE
TIMOTHY S. MARCEL

VERSUS

WALMART, INC.

FILED:_____ DEPUTY CLERK:_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *PETITION FOR DAMAGES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

***TO THE HONORABLE TWENTY-NINTH JUDICIAL DISTRICT COURT*** of and for the Parish of St. Charles, comes your petitioner, Ramona Lewis, for the purpose of petitioning this court for personal injuries and damages suffered as the result of a wrongful detainment, who with all due respect for the court represents the following:

*I.*

The petitioner, Ramona Lewis, is a person of the full age of majority and resident and domiciliary of the Parish of St. Charles State of Louisiana.

*II.*

The defendant to this cause of action is Walmart, Inc. The defendant, Walmart, Inc., is a foreign business corporation, authorized to do business in Louisiana and was doing business in Louisiana, on or about, prior to and since, December 2, 2019, and is the owner of Store # 2913 located at 13001 Highway 90, Boutte, Louisiana 70039, and they can be served through their agent for service, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

*III.*

That the defendant is indebted unto your petitioner, Ramona Lewis, severally and in solido for damages as are proper in the premises plus legal interest thereon from date of judicial demand until paid and for all costs of court.

*IV.*

On or about, Monday, December 2, 2019 at approximately 6:00 a.m. in the City of Boutte, Parish of St. Charles, State of Louisiana, your petitioner, Ramona Lewis, was a patron/customer of

the Walmart, Inc., at Store Number 2913, 13001 Highway 90, Boutte, Louisiana 70039, , where she was lawfully upon the property doing her shopping. On the date aforesaid, petitioner, Ramona Lewis, entered the store to purchase only one type of item for herself and her daughter. The item was the tablet that had gone on sale on Black Friday for the sum of $28.

*V.*

Petitioner dropped off her daughter at dialysis and then went to the defendant's store to see if they had any remaining Tablets on sale to purchase. When petitioner, Ramona Lewis, got to the store she entered the store, went to the section where the Tablets were and found all of the Tablets had been sold out, so she went to exit the store, at which time she was stopped by the Store Greeter.

*VI.*

Petitioner, Ramona Lewis, was unaware that she had done anything that would warrant her being detained by the Greeter, who searched her in front of all of the customers and patrons entering and exiting the store, where he did not find any items or contraband on petitioner. The Greeter called the Manager from the back of the store, which took quite a period of time before the Manager came to the front of the store, where petitioner, Ramona Lewis, was being held in the front of the store on a bench against her free will, and then she was taken to Customer Service by the Manager against her free will, and not allowed to leave the store.

*VII.*

Petitioner, Ramona Lewis, was illegally and unlawfully detained and searched as she exited the store, due to her coming in and going out of the Store too quickly and not purchasing any items, leaving the Store Greeter to believe she had committed a crime of shoplifting, for which she was never charged and no items were found on her person.

*VIII.*

That defendant, Walmart, Inc., is the owner of Store # 2913, and the employer of the Store Greeter, and the Manager on duty, and as such are responsible for the actions of their employees, in allowing them to illegally and unlawfully detain customers in the store.

*IX.*

Defendant, Walmart, Inc., by illegally and unlawfully detaining petitioner in a public place maligned the character and person of your petitioner, thereby prejudicing petitioner's reputation, community standing, and means of livelihood. Defendant has committed defamation, by calling your petitioner a thief and accusing her of stealing their property, whereby injuring petitioner's

reputation, and which in fact did cause emotional stress to the petitioner.

## X.

The defendant's employees, knew, or should have known that their conduct would cause or would be substantially certain to cause your petitioner emotional distress. The actions of the defendants are atrocious and utterly intolerable in a civilized community

## XI.

As a result of the intentional and/or negligent infliction of emotional distress by the defendant upon your petitioner, Ramona Lewis, she has suffered posttraumatic stress disorder, nightmares, flashbacks, depression, frustration, sad moods, lethargy, crying/urges, anhedonia, pessimism, feelings of helplessness, feelings of hopelessness, fear when she goes into stores, anxiety, worry, phobic avoidance, shame, withdrawal, emotional distress, ultimately which led her to seek medical treatment, for which she is entitled to reasonable compensation.

## XII.

That as a result of the incident suffered by petitioner, Ramona Lewis, and caused by the fault of defendant, Walmart, Inc., she sustained the following, to-wit:

a) Mental pain and suffering, past, present and future;

b) Mental anguish, past, present and future;;

c) Medical expenses, past, present and future;

d) Humiliation, embarrassment, loss of standing in community; and,

e) Damage to petitioner's reputation, past, present and future;

## XIII.

That your petitioner, Ramona Lewis, avers the sole and proximate cause of the alleged incident and resulting injuries and damages was the negligence of the defendant, Walmart, Inc., which acts of negligence included, but were not limited to the following, to-wit:

1. Wrongfully detaining a patron/customer;

2. Failing to properly train their employees on how to spot shoplifters;

3. Failing to teach the proper techniques in detaining patrons/customers;

4. Failing to teach employees how to question a patron/customer to make sure they are not harassed in the event they are not a shoplifter;

5. Failing to adequately control their employees;

6. Failing to exercise a reasonable standard or care under the circumstances;

7. Failing to take adequate precautions to ensure the safety of its patrons, customers, invitees, etc., while on the premises;

8. Negligently breaching its duty to its patrons, customers, etc.;

### XIV.

That your petitioner, Ramona Lewis, avers amicable demand but to no avail.

**W H E R E F O R E,** petitioner, Ramona Lewis, prays:

1) That this petition be deemed good and sufficient;

2) That the same be served upon the defendants named herein in Paragraph II hereof, ordering said defendant to answer the allegations contained herein;

3) That after all legal delays and due proceedings had, that there be judgment herein in favor of petitioner, Ramona Lewis, and against the defendant, Walmart, Inc.;

4) That such judgment be entered individually, jointly and in solido, in an amount commensurate with the damages, together with legal interest from date of this demand, and for all costs of these proceedings;

5) That this Honorable Court afford the petitioner, Ramona Lewis, and all other general and equitable relief as is necessary to fully compensate the plaintiff herein

Respectfully submitted,

FAUCHEUX LAW FIRM.

_____
Robert R. Faucheux, Jr., Bar # 8468
P.O. Box 1960
197 Belle Terre Blvd,
LaPlace, LA 70069-1960
Telephone: (985) 651-2288
Facsimile: (985) 651-0151
Attorney for Petitioner, Ramona Lewis

*Please Serve:*

***Walmart, Inc.***
***Through Their Agent for Service***
***CT Corporation System***
3867 Plaza Tower Drive
Baton Rouge, LA 70816.

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF COURT
ST. CHARLES PARISH

## 29th JUDICIAL DISTRICT COURT

## PARISH OF ST. CHARLES

## STATE OF LOUISIANA

NUMBER: 88,620                                         DIVISION: **DIV. E**
                                                       JUDGE
**RAMONA LEWIS**                                       TIMOTHY S. MARCEL

**VERSUS**

**WAL-MART, INC.**

FILED: _____ DEPUTY CLERK: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *AFFIDAVIT OF VERIFICATION*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATE OF LOUISIANA**

**PARISH OF ST. JOHN THE BAPTIST**

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in this State and Parish, personally appeared:

*Ramona Lewis*

who, after being by me duly sworn, said that she has read the above captioned Petition, and all of the allegations of fact contained therein are true and correct, to the best of her knowledge, information and belief.

_____
*Ramona Lewis*

Sworn to and Subscribed before me,
Notary, this 1st day of December, 2020.

_____
Robert R. Faucheux, Jr., (La. Bar No. 5468)
Notary Public # 45531
My Commission Is For Life.

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.

_____
CLERK OF COURT
ST. CHARLES PARISH